UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-----------------------------------------------------------------x

BELDEN INC.,

               Plaintiff,

         -against-

HITACHI CABLE AMERICA INC. and
HITACHI CABLE MANCHESTER, INC.,

            Defendants.

Civil Action No.:  1:12-CV-1724-SEB-DKL

-----------------------------------------------------------------

-----------------------------------------------------------------

HITACHI CABLE AMERICA INC.,

             Counterclaim-Plaintiff,

         -against-

BELDEN INC.,

            Counterclaim-Defendant.

-----------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS Plaintiff Belden Inc. and Defendants Hitachi Cable America Inc.[1] and Hitachi Cable Manchester, Inc. (collectively, "the Parties") have entered into a Settlement and Patent License Agreement that fully and finally resolves the claims and counterclaims in this action;

NOW THEREFORE the Parties stipulate and agree as follows:

---

[1] Hitachi Cable is sued herein as Hitachi Cable America Inc. and Hitachi Cable Manchester, Inc.  However, as of April 1, 2012, Hitachi Cable Manchester, Inc. merged with Hitachi Cable America Inc., so Hitachi Cable America Inc. is the only proper defendant.

1.      This action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

2.      The Parties shall bear their own costs, attorney's fees, and expenses.


Dated: January 27, 2014

AGREED TO ON BEHALF OF THE PLAINTIFF:


*/s/ Adam Arceneaux*
Holiday W. Banta (IN 17852-49)
Adam Arceneaux (IN 17219-49)
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-5882
Facsimile: (317) 592-4226

Matthew B. Lowrie
Aaron W. Moore
Matthew A. Ambros
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001


AGREED TO ON BEHALF OF THE DEFENDANTS:


The non-filing attorneys consent to this document pursuant to L.R. 5-7
James E. Hough
Emily E. Huters
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Jeff M. Barron (IN 27730-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 231-1313
Facsimile: (317) 231-7433


SO ORDERED this _____ day of _____, 2014.


_____
United States District Court
 Southern District of Indiana


Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.

3